37 A.3d 1174

Dwight BOWEN, Appellant

v.

COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS, Dorina Varner Soiga, Central Office, Jon D. Fisher, Warden at Smithfield, Lisa Hollibaugh, Correction Supt. Assistant 2, and Shoop Lieutenant at Smithfield, Appellees.

Supreme Court of Pennsylvania.

Jan. 19, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of January, 2012, the Order of the Commonwealth Court is **AFFIRMED.**